610

413 A.2d 1125

Hess, Inc. v. Kutner and Simoncelli Associates.

Appeal of Kutner.

Argued March 19, 1979.   Edward M. Dunham, Jr., for appellants;  Gene E. K. Pratter, for appellee Simoncelli and Associates;  Marc Robert Steinberg, did not file a brief on behalf of appellee Hess, Inc.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

413 A.2d 1126

Heybach & Sons, Inc. v. McNally's Beef & Ale House, Radeloff, and Eliades.

Appeal of Radeloff.

Submitted September 15, 1978.   John C. Fenningham, for appellants;  Joseph J. Witiw, for appellee Heybach & Sons, Inc.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.